## Charles J. Whitney and another v. Daniel McConnell and another.

*Judgment: Payment: Plaintiff's attorney: Stay of proceedings.* On a showing of payment in full of a judgment to the plaintiffs' attorney, and of his authority to receive the same, a perpetual stay of proceedings is held justified.

*Submitted on briefs October 13. Decided October 27.*

Case made from Kent Circuit.

The showing of authority to receive payment in this case was that Mr. Clay was employed by one claiming to be plaintiffs' agent, assisted in the trial, and received of plaintiffs partial compensation therefor.

*D. E. Corbitt*, for plaintiffs.

No counsel appeared for defendants.

COOLEY, J.

We are of opinion that the authority of Mr. Clay to receive for the plaintiffs payment of the judgment in this case was sufficiently shown. And, also, that as he has given the defendants a receipt in full, and no fraud is shown or alleged, the circuit court was justified in ordering perpetual stay, and the plaintiffs must be left to their remedy against the attorney to whose care they entrusted the suit. The order will stand affirmed, with costs.

The other Justices concurred.